# United States District Court
# Western District of North Carolina
# Asheville Division

| | |
|---|---|
| Michael Paciello, | JUDGMENT IN CASE |
| Plaintiff(s), | 1:20-cv-00298-DSC |
| vs. | |
| Commissioner of Social Security, | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 27, 2021 Order.

October 27, 2021

Frank G. Johns, Clerk
United States District Court